1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEA: (a) TTLE

DEANA McINTOSH and DESERAY HARADER,

                              Plaintiffs,

        v.

THE MEC GROUP, LLC; and ZODIAC CABIN & STRUCTURES SUPPORT, LLC,

                              Defendants.

No.  2:16-cv-01894-JPD

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT

**Date of Notation:  March 23, 2017**



COME NOW the parties, by and through counsel, and stipulate to the extension of deadlines related to discovery and trial as set forth below.  The parties stipulate that this extension of deadlines is necessary and in furtherance of the efficient resolution of this action, as the parties are actively engaged in negotiation and have set a mediation date for April 7, 2017. The parties stipulate to the following schedule:

| Scheduling Date | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 3/10/17 | 5/9/17 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 3/17/17 | 5/16/17 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 3/24/17 | 5/23/17 |

STIPULATED MOTION & ORDER EXTENDING
DEADLINES REGARDING INITIAL DISCLOSURES,
JOINT STATUS REPORT, & EARLY SETTLEMENT - 1
(2:16-cv-01894-JPD)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1    RESPECTFULLY SUBMTITED this 23rd day of March, 2017.

2    TERRY A VENNEBERG,                        LAW OFFICE OF MOSHE ADMON
     ATTORNEY AT LAW
3

4     /s/ Terry A. Venneberg                    /s/Moshe Admon
     Terry A. Venneberg, WSBA #31348           Moshe Admon, WSBA #50235
5    3425 Harborview Drive                     600 First Avenue, Suite LL20
     Gig Harbor, WA  98332                     Seattle, WA  98104
6    Telephone:  253-858-6601                  Telephone:  206-414-1957
     Facsimile:  253-858-6603                  Facsimile:  206-494-0001
7    terry@washemploymentlaw.com               jeff@admonlaw.com
     Attorneys for Plaintiffs                  Attorneys for Defendant The MEC Group, LLC
8

9    JACKSON LEWIS P.C.

10    /s/ Peter H. Nohle
     Peter H. Nohle, WSBA #35849
11   520 Pike Street, Suite 2300
     Seattle, WA  98101
12   Telephone:  206-405-0404
     Facsimile:  206-405-4450
13   peter.nohle@jacksonlewis.com
     Attorneys for Defendant Heath Tecna, Inc.
14

15                        **ORDER**

16       Having considered the parties' stipulation to the extension of deadlines related to

17   discovery and trial, IT IS SO ORDERED:

18       DATED this 24ᵗʰ day of ____March____, 2017.

19

20                                             _____
                                               The Honorable James L. Robart
21                                             U.S. District Court Judge

22   Presented by:

23   TERRY A VENNEBERG,                        LAW OFFICE OF MOSHE ADMON
     ATTORNEY AT LAW
24    /s/ Terry A. Venneberg                    /s/Moshe Admon
     Terry A. Venneberg, WSBA #31348           Moshe Admon, WSBA #50235
25   Attorneys for Plaintiff                   Attorneys for Defendant The MEC Group, LLC

26   JACKSON LEWIS P.C.

27    /s/ Peter H. Nohle
     Peter H. Nohle, WSBA #35849
28   Attorneys for Defendant Heath Tecna, Inc.

STIPULATED MOTION & ORDER EXTENDING                    Jackson Lewis P.C.
DEADLINES REGARDING INITIAL DISCLOSURES,               520 Pike Street, Suite 2300
JOINT STATUS REPORT, & EARLY SETTLEMENT - 2            Seattle, Washington 98101
(2:16-cv-01894-JPD)                                    (206) 405-0404